**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00480-SP

RICHARD R. WONS, JR.,

    Plaintiff,

v.

THERMO FISHER SCIENTIFIC, INC.,

    Defendant.

## [PROPOSED] ORDER GRANTING DEFENDANT'S PARTIAL MOTION TO DISMISS

THIS MATTER comes before the Court upon Defendant Thermo Fisher Scientific, Inc.'s Partial Motion to Dismiss.

THE COURT having reviewed the pleadings, and being fully advised of the premises, finds sufficient cause to grant Defendant's request.

IT IS THEREFORE ORDERED that Defendant's Partial Motion to Dismiss is GRANTED and Plaintiff's Sixth Claim for is dismissed with prejudice and for other such relief as the Court deems just and proper.

DATED this _____ day of _____, 2023.

                                                BY THE COURT:

                                                _____
                                                United States Magistrate Judge