

EXHIBIT A

# Religious Accommodation Request Form – COVID-19

It is our understanding that you have requested an accommodation based on your religious beliefs. In order for Thermo Fisher to administer your request, please provide complete answers to the questions below.

Upon receipt of the completed form, we will begin the interactive process. During the interactive process, you can anticipate the following:

- The Accommodations Advisor will facilitate the communication regarding your accommodation request.
- We will discuss Thermo Fisher work requirements and policies.
- All participating parties will identify reasonable accommodation solutions.
- If an accommodation is approved based on your religious belief, the accommodation will be wearing Thermo Fisher approved face coverings, testing negative for COVID-19 on a weekly basis from a designated Thermo Fisher work location where testing is enabled, and following social distance protocols when able to do so effectively during the period in which the company's vaccine requirement is effective.

Please submit the completed form to the Job Accommodations Team through the Colleague Services Center. You may find this by typing **"Job Accommodation"** in the search function.

Name: _Richard R. Wons_

Position: _Sr Acct Manager_

Group/ Division: _RSD Sales / Fisher_

Date of your request for accommodation: _11/23/21_

Work Location (City, State; indicate if you work 100% remotely) _Windsor, CO → 100% Remote_

Immediate supervisor: _Lyla Nazemi_

State your sincerely held religious belief / describe the religious belief or practice that necessitates this request for accommodation: _My sincerely held religious beliefs for not getting the Covid shot are_

RELATED TO THE MARK OF THE BEAST AND THAT MY BODY IS A TEMPLE OF THE HOLY SPIRIT. I CANNOT KNOWINGLY AND WILLINGLY INJECT MY BODY WITH SOMETHING THAT MAY BE HARMFUL (CON'T BELOW)...

**State the length of time the accommodation is needed:** INDEFINITE

My religious beliefs and practices, which result in this request for a religious accommodation, are sincerely held. I understand that the accommodation requested above ~~may not~~ MUST be granted. BY LAW I DO NOT understand that Thermo Fisher may need to obtain supporting documentation regarding my religious practice and beliefs to further evaluate my request for a religious accommodation and DO NOT ~~agree~~ to provide it or assist Thermo Fisher in obtaining it. MY BELIEFS ARE NOT SUBJECT TO SCRUTINY

**Employee signature:** [signature]   **Date:** 11/26/21

(CON'T FROM ABOVE)
... OR POTENTIALLY DANGEROUS. MORE SPECIFIC DETAILS OF THESE BELIEFS DO NOT CONCERN THERMO FISHER AS THEY ARE MY BELIEFS AND PROTECTED BY THE CONSTITUTION OF THE UNITED STATES AND NOT SUBJECT TO SCRUTINY.

I AM WILLING TO WEAR A MASK FOR A LIMITED AMOUNT OF TIME BUT CANNOT FOR PROLONGED PERIODS DUE TO MEDICAL REASONS. WEEKLY TESTING IS NOT NECESSARY AS I AM REMOTE. I AM WILLING TO TEST FOR CUSTOMER VISITS AS NEEDED USING SPIT TESTS.

FINALLY, THE PURPOSE OF THE COVID SHOT IS TO ILLICIT AN IMMUNE RESPONSE FROM THE BODY TO PRODUCE ANTIBODIES. MY BODY NATURALLY PRODUCED ANTIBODIES (CONFIRMED THIS MONTH) AFTER HAVING COVID. I SHOULD BE TREATED THE SAME AS SOMEONE WHO HAS OBTAINED ANTIBODIES VIA A COVID SHOT, AND TO FORCE, THREATEN, OR SUBJECT ME TO ADDITIONAL MEASURES IS DISCRIMINATION AND COERCION.