**EXHIBIT B**

| | |
|---|---|
| **From:** | Colleague Services[colleagueservices@thermofisher.com] |
| **Sent:** | Thu 12/16/2021 6:17:12 PM (UTC) |
| **To:** | Wons, Richard R.[richard.wons@thermofisher.com] |
| **Cc:** | Reyniers, Nore[nore.reyniers@thermofisher.com]; Sterrett, Matt[matthew.sterrett@thermofisher.com]; Fortunato, Gina[gina.fortunato@thermofisher.com]; Sandoval, Brian A.[brian.sandoval@thermofisher.com]; Sepich, Rachelle[rachelle.sepich@thermofisher.com]; Bean, Kirstie[kirstie.bean@thermofisher.com] |
| **Subject:** | HRC2259616 - Job Accommodation Request case for Richard Wons |
| **Attachment:** | Form 4 -COVID - 19 Accommodation Response Form - Approval Letter - Travel to Test .doc |



Hello Richard,

Thank you for submitting your vaccination accommodation request. Please review the attached letter regarding your request.

You must do the following for your accommodation, if approved, to be implemented:

- sign to acknowledge that you have reviewed and understand the terms and conditions of your accommodation
- submit your signed acknowledgement by attaching it to this case.

***Please Note, if you do not attach your signed acknowledgement to this case, your accommodation will not be implemented.

Thank you,
Accommodations Team



Ref:MSG82975493



**Form 4**

<u>**Accommodation Response Form**</u>

December 16, 2021

Dear Employee:

We write in response to your request for an accommodation to perform the essential functions of your position.

**You requested the following accommodation(s):**
> accommodation from the Company's vaccination requirement due to your sincerely held religious belief

**Your requested accommodation has been Conditionally Approved**.
> The Company has approved your request for an accommodation from the Company's vaccination requirement due to your sincerely held religious belief.
>
> You will not be required to be fully vaccinated, **but** you will be required to:
> - Submit to a SARS COVID-19 test on a weekly basis at a Thermo Fisher worksite or an approved customer testing site beginning in January 2022.
> - Maintain social distancing when possible and wear a Thermo Fisher approved face covering at all times while on-site.
> - Acknowledge receipt of this notification by signing the below and returning this fully executed Form to Thermo Fisher by uploading it to your case in this portal.

Failure to comply with these requirements may lead to discipline up to and including termination. Accommodations are subject to additional review and may change at any time based on changes in legal requirements and/or business needs. These requirements will remain in place until you are notified otherwise.

**Acknowledgment**:

I, _____, acknowledge receipt of this notification
    [ E m p l o y e e   P r i n t e d   N a m e ]
and understand and agree that I will comply with weekly COVID-19 testing at a Thermo Fisher worksite and wear face coverings and following social distancing protocols while onsite.

_____
_____

Employee Signature                                              Date