**EXHIBIT C**

| | |
|---|---|
| **From:** | Colleague Services[colleagueservices@thermofisher.com] |
| **Sent:** | Wed 1/5/2022 7:11:02 PM (UTC) |
| **To:** | Wons, Richard R.[richard.wons@thermofisher.com] |
| **Subject:** | HRC2259616 - Job Accommodation Request case for Richard Wons |

Hi Richard,

Please refer to your local HR for all tests and masking questions. We will need your signed acknowledgement as soon as possible.

Thanks!

Accommodations Team


Ref:MSG83959800