**EXHIBIT D**

| | |
|---|---|
| **From:** | Colleague Services[colleagueservices@thermofisher.com] |
| **Sent:** | Wed 1/26/2022 2:42:13 PM (UTC) |
| **To:** | Wons, Richard R.[richard.wons@thermofisher.com] |
| **Subject:** | HRC2259616 - Job Accommodation Request case for Richard Wons |
| **Attachment:** | Richard Wons Form 4 -COVID - 19 Accommodation Response Form - Approval Letter - Travel to Test .doc |



Good morning!

We are following up as we have not received your signed Acknowledgement Letter for your accommodation.

You must do the following for your accommodation, if approved, to be implemented:
• sign to acknowledge that you have reviewed and understand the terms and conditions of your accommodation
• submit your signed acknowledgement by attaching it to this case.


***Please Note, if you do not attach your signed acknowledgement to this case, your accommodation will not be implemented.

If we do not receive your signed Acknowledgement by January 31, 2022, you will be put on a 30-day unpaid leave of absence during which time you must receive all required doses of the COVID-19 vaccine or be subject to termination at the end of the leave period.


Thank you,

The Accommodations Team



Colleague
Services

Ref:MSG85419350