**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-00480-RM-SP

RICHARD R. WONS, JR.,

    Plaintiff,

v.

THERMO FISHER SCIENTIFIC, INC.,

    Defendant.

## MOTION TO WITHDRAW BY TIMOTHY M. KRATZ

    Timothy M. Kratz of Jackson Lewis P.C. hereby moves to withdraw, pursuant to D.C.Colo.LAttyR 5(b), on behalf of Defendant, Thermo Fisher Scientific, Inc. Effective July 10, 2023, Mr. Kratz is no longer affiliated with Jackson Lewis P.C. As such, good cause exists for Mr. Kratz's withdrawal as counsel for Defendant. Defendant will continue to be represented by Francis A. Wilson of the Jackson Lewis P.C. whom has entered his appearance on behalf of the Defendant. There will be no prejudice to the Defendant or to the orderly progression of this case. Defendant already knows of this withdrawal of counsel and has been informed by Mr. Kratz. This motion will be served contemporaneously by counsel on its client.

    WHEREFORE, pursuant to D.C.Colo.LAttyR 5(b), Mr. Kratz moves the Court to find good cause for this withdrawal and to enter an Order to make it effective.

Respectfully submitted this 14th day of July, 2023.

JACKSON LEWIS P.C.

*s/ Timothy M. Kratz*
Timothy M. Kratz
950 17th Street, Suite 2600
Denver, Colorado 80202
Telephone: (303) 892-0404
Facsimile: (303) 892-5575
Timothy.Kratz@jacksonlewis.com

*ATTORNEYS FOR DEFENDANT*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 14th day of July, 2023, a true and correct copy of the foregoing **MOTION TO WITHDRAW BY TIMOTHY M. KRATZ** was filed via CM/ECF and served on the following:

Randy Corporon
Beth Chambers
LAW OFFICES OF RANDY B. CORPORON, P.C.
2821 South Parker Road, Suite 555
Aurora, CO 80014
rbc@corporonlaw.com
bethc@corporonlaw.com

*ATTORNEYS FOR PLAINTIFF*

*s/ Christopher D. Trujillo*
for Jackson Lewis P.C.
